# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

SDS SPORTS AGENCY, LLC

     *Plaintiff*     )
     v.     )     **Civil Action No.** 3:22-cv-44

USCIS et al.

     *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Laura Zuchowski
Director of Vermont Service Center
U.S. Citizenship and Immigration Services
38 River Rd
Essex Junction, VT 05479

     **A lawsuit has been filed against you.**

     **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Darlene Harris
5309 Monroe Road
Suite 118
Charlotte, NC 28205

     **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date: **2/11/2022**

**Civil Action No.** 3:22-cv-44

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                        **Server's signature**

                                        _____
                                        **Printed name and title**

                                        _____
                                        **Server's address**

**Additional information regarding attempted service, etc:**