IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SDS SPORTS AGENCY, LLC**<br>5309 Monroe Rd., Ste. 118<br>Charlotte, North Carolina 28205<br><br>    Plaintiff,<br><br>    v.<br><br>**ALEJANDRO MAYORKAS,**<br>**DEPARTMENT OF HOMELAND**<br>**SECURITY**,<br>2707 Martin Luther King Jr. Ave., SE<br>Washington, DC 20528<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**,<br>5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588<br><br>**UR MENDOZA JADDOU, DIRECTOR**,<br>**U.S. Citizenship and Immigration Services**<br>5900 Capital Gateway Drive<br>Camp Springs, MD 20588<br><br>**LAURA ZUCHOWSKI, DIRECTOR OF**<br>**VERMONT SERVICE CENTER,**<br>U.S. Citizenship and Immigration Services<br>38 River Rd.<br>Essex Junction, VT 05479<br><br>    Defendants. | Civil No.: 3:22-cv-00044 |

**MOTION TO DISMISS WITH PREJUDICE**

    Comes now Plaintiff by and through counsel in the above-captioned cause, and respectfully moves that this Court dismiss the above-entitled action with prejudice on the basis that Plaintiff has found alternative resolution.

    Witness my signature this the 15th day of February, 2022.

Respectfully submitted,

By: _Darlene Harris_

*DARLENE HARRIS, ESQ*
State Bar No. 46087

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SDS SPORTS AGENCY, LLC**<br>5309 Monroe Rd., Ste. 118<br>Charlotte, North Carolina 28205<br><br>    Plaintiff,<br><br>    v.<br><br>**ALEJANDRO MAYORKAS,**<br>**DEPARTMENT OF HOMELAND**<br>**SECURITY**,<br>2707 Martin Luther King Jr. Ave., SE<br>Washington, DC 20528<br><br>**U.S. CITIZENSHIP AND IMMIGRATION**<br>**SERVICES**,<br>5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588<br><br>**UR MENDOZA JADDOU, DIRECTOR**,<br>**U.S. Citizenship and Immigration Services**<br>5900 Capital Gateway Drive<br>Camp Springs, MD 20588<br><br>**LAURA ZUCHOWSKI, DIRECTOR OF**<br>**VERMONT SERVICE CENTER,**<br>U.S. Citizenship and Immigration Services<br>38 River Rd.<br>Essex Junction, VT 05479<br><br>    Defendants. | Civil No.: 3:22-cv-00044 |

## DISMISSAL WITH PREJUDICE

    THIS CAUSE having come on for hearing on motion of the Plaintiff to dismiss all defendants, from the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, finds that the Motion is well taken and the same is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims against all Defendants, be, and the same are hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the _____ day of _____, _____.

_____
CIRCUIT JUDGE

APPROVED AS TO FORM:

_____